**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: JURS, THOMAS R | § Case No. 10-73261 |
| JURS, TRUDY A | § |
| PROPERTIES, REMAX SUPERIOR | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 30, 2010. The undersigned trustee was appointed on June 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          19,117.10

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 25.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]       $ | 19,092.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/31/2011 and the deadline for filing governmental claims was 01/31/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,661.71. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,661.71, for a total compensation of $2,661.71.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2011      By: /s/BERNARD J. NATALE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73261  
**Case Name:** JURS, THOMAS R  
JURS, TRUDY A  
**Period Ending:** 09/19/11  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/16/10  
**Claims Bar Date:** 01/31/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1305 Green Meadow Trail - Harvard, IL (foreclosu | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2122 & 2124 Davis Drive, Belvidere, IL (rental) | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | nly6503 Elm Street - Union, IL (rental) | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | re O9808 Seeman Road, Union, IL (residence) | 490,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking - AmerComm Bank | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking - Prairie Community in banks, savings a | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking - Prairie Community (Jurs Auctions) | 10.00 | 0.00 | DA | 0.00 | FA |
| 9 | Checking - Prairie Community (rental account) br | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | HHGS/furnishings audio, video, and computer | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | books, pictures - normal complement , stamp, coi | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | wearing apparel - normal complement | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Jewelry - normal complement | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | hobby/sports equipment and other hobby equipment | 700.00 | 0.00 | DA | 0.00 | FA |
| 15 | Term only insurance company of each policy and i | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Judgment against agent   No proof of money owed.  This was pursued by our office be there was no actual proof of money owed and individual is unemployed and lives out of state. | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 17 | judgment against former agent - Haupers   Ms Haupers filed bankruptcy herself on July 18, 2011 in the No Dist of Ill, Western Div Case No:11-83125 listing this debt on Schedule F. | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 18 | Miscellaneous debts over years from tenants | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | renters for (3) properties | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1/17 of 1/2 of 90 acres from decendent aunt's es | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 21 | Believe will receive refund but will be offset. | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | License - auctioneer | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | License - broker | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-73261  
**Case Name:** JURS, THOMAS R  
JURS, TRUDY A  
**Period Ending:** 09/19/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/16/10  
**Claims Bar Date:** 01/31/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | 1999 Ford F250 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1999 Mercedes | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 26 | 1999 Pontia 4 door | 3,000.00 | 1,200.00 | DA | 0.00 | FA |
| 27 | Office equipment - desk/file/computer | 1,000.00 | 10.00 | DA | 0.00 | FA |
| 28 | lawn & garden materials | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 29 | miscellaneous | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 30 | Inheritance (u) | Unknown | 18,000.00 | DA | 19,117.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.10 | Unknown |
| 31 | Assets Totals (Excluding unknown values) | **$894,010.00** | **$47,210.00** | | **$19,117.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE WILL MONITOR SALE OF FARM LAND AND SUBSEQUENT DISTRIBUITON TO PROBATE BENEFICIARIES OF WHICH DEBTOR IS ONE OF MULTIPLE PARTIES.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** December 31, 2013

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-73261  
**Case Name:** JURS, THOMAS R  
JURS, TRUDY A  
**Taxpayer ID #:** **-***9914  
**Period Ending:** 09/19/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-65 - Money Market Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/11 | {30} | Mary Spiniolas Living Trust | Payment of Inheritance - beneficiary debtor, Thomas R Jurs | 1229-000 | 19,117.00 | | 19,117.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 19,117.10 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,092.10 |
| | | | **ACCOUNT TOTALS** | | 19,117.10 | 25.00 | **$19,092.10** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,117.10 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,117.10** | **$25.00** | |

{} Asset reference(s)

Printed: 09/19/2011 12:27 PM   V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-73261 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | JURS, THOMAS R | | **Bank Name:** | The Bank of New York Mellon |
| | JURS, TRUDY A | | **Account:** | 9200-******48-67 - Money Market Account |
| **Taxpayer ID #:** | **-***9914 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 09/19/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******48-65** | 19,117.10 | 25.00 | 19,092.10 |
| **MMA # 9200-******48-67** | 0.00 | 0.00 | 0.00 |
| | **$19,117.10** | **$25.00** | **$19,092.10** |

# Claims Proposed Distribution

## Case: 10-73261    JURS, THOMAS R

Report Includes ONLY Claims with a Proposed Distribution

| | | | | **Case Balance:** $19,092.10 | **Total Proposed Payment:** $19,092.10 | **Remaining Balance:** $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BERNARD J. NATALE, LTD. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 36.13 | 36.13 | 0.00 | 36.13 | 36.13 | 19,055.97 |
| | BERNARD J. NATALE, LTD. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,292.75 | 1,292.75 | 0.00 | 1,292.75 | 1,292.75 | 17,763.22 |
| | BERNARD J. NATALE <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,661.71 | 2,661.71 | 0.00 | 2,661.71 | 2,661.71 | 15,101.51 |
| | MICHAEL COPPEDGE <3220-61 Special Counsel for Trustee Expenses> | Admin Ch. 7 | 300.00 | 300.00 | 0.00 | 300.00 | 300.00 | 14,801.51 |
| 1 | American Infosource Lp | Unsecured | 3,016.46 | 3,016.46 | 0.00 | 3,016.46 | 303.87 | 14,497.64 |
| 2 | N&R Propreties, LLC | Unsecured | 115,205.86 | 115,205.86 | 0.00 | 115,205.86 | 11,605.31 | 2,892.33 |
| 3 | Chase Bank USA, N.A. | Unsecured | 815.07 | 815.07 | 0.00 | 815.07 | 82.11 | 2,810.22 |
| 4 | Von Maub | Unsecured | 193.08 | 193.08 | 0.00 | 193.08 | 19.45 | 2,790.77 |
| 5 | Chase Bank USA,N.A | Unsecured | 1,756.34 | 1,756.34 | 0.00 | 1,756.34 | 176.93 | 2,613.84 |
| 7U | Midwest Bank | Unsecured | 3,414.39 | 3,414.39 | 0.00 | 3,414.39 | 343.95 | 2,269.89 |
| 8 | GE Money Bank | Unsecured | 1,106.81 | 1,106.81 | 0.00 | 1,106.81 | 111.49 | 2,158.40 |
| 9 | American Express Centurion Bank | Unsecured | 10,287.36 | 10,287.36 | 0.00 | 10,287.36 | 1,036.30 | 1,122.10 |
| 10 | American Express Bank, FSB | Unsecured | 5,529.97 | 5,529.97 | 0.00 | 5,529.97 | 557.06 | 565.04 |
| 11 | American Express Bank, FSB | Unsecured | 1,145.00 | 1,145.00 | 0.00 | 1,145.00 | 115.34 | 449.70 |
| 12 | Fia Card Services, NA/Bank of America | Unsecured | 4,464.22 | 4,464.22 | 0.00 | 4,464.22 | 449.70 | 0.00 |
| | **Total for Case 10-73261 :** | | **$151,225.15** | **$151,225.15** | **$0.00** | **$151,225.15** | **$19,092.10** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $4,290.59 | $4,290.59 | $0.00 | $4,290.59 | 100.000000% |
| **Total Unsecured Claims :** | $146,934.56 | $146,934.56 | $0.00 | $14,801.51 | 10.073539% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73261
Case Name: JURS, THOMAS R
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 19,092.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Midwest Bank | 24,176.29 | 24,176.29 | 0.00 | 0.00 |
| 7S | Midwest Bank | 173,000.00 | 173,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,092.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,661.71 | 0.00 | 2,661.71 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,292.75 | 0.00 | 1,292.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 36.13 | 0.00 | 36.13 |
| Other Expenses: MICHAEL COPPEDGE | 300.00 | 0.00 | 300.00 |

Total to be paid for chapter 7 administration expenses: $ 4,290.59
Remaining balance: $ 14,801.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,801.51

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 14,801.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 146,934.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp | 3,016.46 | 0.00 | 303.87 |
| 2 | N&R Propreties, LLC | 115,205.86 | 0.00 | 11,605.31 |
| 3 | Chase Bank USA, N.A. | 815.07 | 0.00 | 82.11 |
| 4 | Von Maub | 193.08 | 0.00 | 19.45 |
| 5 | Chase Bank USA,N.A | 1,756.34 | 0.00 | 176.93 |
| 7U | Midwest Bank | 3,414.39 | 0.00 | 343.95 |
| 8 | GE Money Bank | 1,106.81 | 0.00 | 111.49 |
| 9 | American Express Centurion Bank | 10,287.36 | 0.00 | 1,036.30 |
| 10 | American Express Bank, FSB | 5,529.97 | 0.00 | 557.06 |
| 11 | American Express Bank, FSB | 1,145.00 | 0.00 | 115.34 |
| 12 | Fia Card Services, NA/Bank of America | 4,464.22 | 0.00 | 449.70 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 14,801.51 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**