# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: JURS, THOMAS R | § | Case No.  10-73261 |
| JURS, TRUDY A | § | |
| PROPERTIES, REMAX SUPERIOR | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court

211 South Court Street

Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 10/26/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/19/2011          By:   /s/BERNARD J. NATALE
                                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: JURS, THOMAS R                              §      Case No. 10-73261
       JURS, TRUDY A                               §
       PROPERTIES, REMAX SUPERIOR                  §
Debtor(s)                                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 19,117.10 |
| *and approved disbursements of* | $ | 25.00 |
| *leaving a balance on hand of* [1] | $ | 19,092.10 |

**Balance on hand:**                    $      19,092.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Midwest Bank | 24,176.29 | 24,176.29 | 0.00 | 0.00 |
| 7S | Midwest Bank | 173,000.00 | 173,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $      0.00
Remaining balance:                        $   19,092.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,661.71 | 0.00 | 2,661.71 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,292.75 | 0.00 | 1,292.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 36.13 | 0.00 | 36.13 |
| Other Expenses: MICHAEL COPPEDGE | 300.00 | 0.00 | 300.00 |

Total to be paid for chapter 7 administration expenses:   $      4,290.59
Remaining balance:                                         $     14,801.51

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $               0.00

Remaining balance: $        14,801.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $               0.00

Remaining balance: $        14,801.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 146,934.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp | 3,016.46 | 0.00 | 303.87 |
| 2 | N&R Propreties, LLC | 115,205.86 | 0.00 | 11,605.31 |
| 3 | Chase Bank USA, N.A. | 815.07 | 0.00 | 82.11 |
| 4 | Von Maub | 193.08 | 0.00 | 19.45 |
| 5 | Chase Bank USA,N.A | 1,756.34 | 0.00 | 176.93 |
| 7U | Midwest Bank | 3,414.39 | 0.00 | 343.95 |
| 8 | GE Money Bank | 1,106.81 | 0.00 | 111.49 |
| 9 | American Express Centurion Bank | 10,287.36 | 0.00 | 1,036.30 |
| 10 | American Express Bank, FSB | 5,529.97 | 0.00 | 557.06 |
| 11 | American Express Bank, FSB | 1,145.00 | 0.00 | 115.34 |

| 12 | Fia Card Services, NA/Bank of America | 4,464.22 | 0.00 | 449.70 |

Total to be paid for timely general unsecured claims: $ 14,801.51

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By:  /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-73261-MB
Thomas R Jurs                                                   Chapter 7
Trudy A Jurs
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Sep 23, 2011
                             Form ID: pdf006         Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2011.
```
db/jdb        +Thomas R Jurs,   Trudy A Jurs,   9808 Seeman Road,   Union, IL 60180-9619
aty           +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty           +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +Scott E Hillison,   Bernard J Natale, Ltd,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
15783532       AMEX,   PO Box 0001,   Los Angeles, CA 90096-8000
15783531      +Accounting Management Service,   PO Box 126,   Union, IL 60180-0126
16700256       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16700255       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15783535      +BP Gasoline - Chase,   PO Box 94012,   Palatine, IL 60094-4012
15783533       Bank Of America,   PO Box 15019,   Wilimington, DE 19850-5019
15783534       Bergners,   PO Box 17264,   Baltimore, MD 21297-1264
15783536      +Capital One,   PO Box 71087,   Charolette, NC 28272-1087
15783537       Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
15783538       Capital One Bank,   PO Box 10492,   Carol Stream, IL 60197-6492
16450759       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16553355      +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, Tx 75374-0933
15783539       Conract Callers,   PO Box 212489,   Augusta, GA 30917-2489
15783541      +Eric & Amanda Babich,   6503 Elm Street,   Union, IL 60180-9720
15783542       Exxon Mobil,   Processing Center,   Des Moines, IA 50361-0001
15783543      +Green Meadow Trails Association,   PO Box 853,   Harvard, IL 60033-0853
15783544       HSBC Card Services,   PO Box 17602,   Baltimore, MD 21297-1602
15783544       Home Depot,   Processing Center,   PO Box 20523,   Des Moines, IA 60153
15783546      +Irene Garcia,   2122 Davis Drive,   Belvidere, IL 61008-1928
15783548      +Jim Vangaise,   2124 Davis Drive,   Belvidere, IL 61008-1928
15783528      +Jurs Thomas R,   9808 Seeman Road,   Union, IL 60180-9619
15783529      +Jurs Trudy A,   9808 Seeman Road,   Union, IL 60180-9619
15783549      +Ken Lishumer And Sune Rickson,   1305 Green Meadow Trail,   Harvard, IL 60033-3676
15820596      +Litton Loan Servicing,   c/o McCalla Raymer LLC,   Bankruptcy Department,   1544 Old Alabama Road,
               Roswell, Georgia 30076-2102
15783551       Litton Loan Servicing,   PO Box 4387,   Houston, TX 77210-4387
15783553      +Midwest Bank,   C/O Matuszewich, Kelly & McKeever,   453 Coventry Lane #104,
               Crystal Lake, IL 60014-7504
15783552      +Midwest Bank,   501 West North Avenue,   Melrose Park, IL 60160-1610
15783554      +N&R Propreties, LLC,   C/O Nicolas Santoro,   149 Dundee Road,   Barrington Hills, IL 60010-9372
15783555       Ocwen,   PO Box 6440,   Carol Stream, IL 60197-6440
15783558      +Sears,   PO Box 183081,   Columbus, OH 43218-3081
15783559       Target,   PO Box 59317,   Minneapolis, MN 55459-0317
15783560      +Von Maub,   PO Box 790298,   St. Louis, MO 63179-0298
15783561       Wachovia Mortgage,   PO Box 105693,   Atlanta, GA 30348-5693
15783530      +Yalden Olsen & Willette,   1318 E State St,   Rockford, IL 61104-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16379040       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 24 2011 02:15:10
               American Infosource Lp As agent for,   Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
15783540      +E-mail/Text: cms-bk@cms-collect.com Sep 24 2011 01:11:45   Discover Card,
               C/O Capital Management Services,   726 Exchange St., #700,   Buffalo, NY 14210-1464
16731254       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 24 2011 02:15:10
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
16692948       E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2011 02:16:30   GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15783547      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2011 02:16:30   JC Penney,   PO Box 103104,
               Roswell, GA 30076-9104
15783550       E-mail/PDF: cr-bankruptcy@kohls.com Sep 24 2011 02:16:32   Kohl's,   PO Box 3004,
               Milwaukee, WI 53201-3004
                                                                                    TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
16700257*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15783556      ##+Prairie Community Bank,   800 West Grant Highway,   Marengo, IL 60152-3077
15783557      ##+Prairie State Community Bank,   800 West Grant Highway,   Marengo, IL 60152-3077
                                                                           TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-3          User: cshabez          Page 2 of 2          Date Rcvd: Sep 23, 2011
                             Form ID: pdf006         Total Noticed: 45

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2011**                    **Signature:**