**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE:<br>JURS, THOMAS R<br>JURS, TRUDY A<br>PROPERTIES, REMAX SUPERIOR<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 10-73261 MB<br><br>HONORABLE MANUEL BARBOSA |

**TRUSTEE'S AMENDED APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
      FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
      WESTERN DIVISION

NOW COMES BERNARD J. NATALE, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,661.74 as compensation, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $19,117.41. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $   1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $   1,411.74 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $       0.00 | ($47,500.00 maximum) |
| 3% of balance | $       0.00 | |
| TOTAL COMPENSATION | $   2,661.74 | |

A description of the nature of the services performed by the Trustee is attached as Exhibit E-1

DATED: November 22, 2011              /S/ **BERNARD J NATALE**
                                      BERNARD J. NATALE, Trustee

# Bernard J Natale, Ltd

6833 Stalter Drive, Suite 201
Rockford, IL 61108

Phone (815) 964-4700

| DATE |
|---|
| 11/22/2011 |

Thomas & Trudy Jurs
% Bernard J Natale, Trustee
Trustee Services

| ACCT NO. | BALANCE DUE |
|---|---|
| 10.165 | $0.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 08/15/2010 | Balance forward | | | 0.00 |
| 08/16/2010 | Preside at First Meeting of Creditors | 0.5 | 0.00 | 0.00 |
| 09/22/2010 | Review File, Analyze Possible Collection of Outstanding Judgments, Possible Inheritance | 1.15 | 0.00 | 0.00 |
| 09/24/2010 | Correspondence to Attorney Olsen Re: Trustee's Production Request | 0.25 | 0.00 | 0.00 |
| 10/13/2010 | Receipt and Review E-mail Correspondence from Attorney Olsen Re: Production Request | 0.2 | 0.00 | 0.00 |
| 10/18/2010 | Receipt and Review Trustee's Production Request | 0.4 | 0.00 | 0.00 |
| 11/03/2010 | Receipt and Review Production Request Provided by Debtors Re: Accounts Receivable | 0.5 | 0.00 | 0.00 |
| 11/03/2010 | Inter-Office Memo to BJN Re: Recommendation on How to Proceed | 0.25 | 0.00 | 0.00 |
| 02/14/2011 | Correspondence to Attorney Coppedge with Enclosed Order Authorizing Employment as Special Counsel | 0.35 | 0.00 | 0.00 |
| 03/29/2011 | Correspondence to Attorney Coppedge Re: Collections Case Status Update | 0.25 | 0.00 | 0.00 |
| 03/31/2011 | Receipt and Review Correspondence from Attorney Coppedge Re: Case Status | 0.2 | 0.00 | 0.00 |
| 04/05/2011 | Correspondence to Attorney Coppedge Re: Response to Status Update | 0.25 | 0.00 | 0.00 |
| 04/27/2011 | Receipt and Review Correspondence from Attorney Coppedge Re: Status Update on Bedford Falls/Haupers Case | 0.2 | 0.00 | 0.00 |
| 08/08/2011 | Receipt and Review E-mail Correspondence from Attorney Olsen to Attorney Levit Re: Probate Estate Distribution | 0.2 | 0.00 | 0.00 |

| E-mail | natalelaw@bjnatalelaw.com |
|---|---|

| BALANCE DUE |
|---|
| $0.00 |

**Bernard J Natale, Ltd**

6833 Stalter Drive, Suite 201
Rockford, IL 61108

Phone (815) 964-4700

| DATE |
|---|
| 11/22/2011 |

Thomas & Trudy Jurs
% Bernard J Natale, Trustee
Trustee Services

| ACCT NO. | BALANCE DUE |
|---|---|
| 10.165 | $0.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 08/08/2011 | Receipt and Review E-mail Correspondence from Attorney Levit Re: Redistribution of Probate Estate from Pour Over Will, Reply to Same | 0.35 | 0.00 | 0.00 |
| 08/08/2011 | E-mail Correspondence to Attorney Levit Re: Distribution of Probate Estate with CC to Attorney Olsen | 0.25 | 0.00 | 0.00 |
| 08/10/2011 | Receipt and Review Correspondence from Dominic Colucci with Enclosed Estate Distribution | 0.2 | 0.00 | 0.00 |
| 08/11/2011 | Set up Bank Account and Deposit Funds from Probate Estate | 0.35 | 0.00 | 0.00 |
| 08/15/2011 | Correspondence to Dominic Colucci Re: Verification of Receipt of Probate Distribution | 0.25 | 0.00 | 0.00 |
| 08/16/2011 | Examine Proof of Claims | 1 | 0.00 | 0.00 |
| 09/08/2011 | Receipt, Review and Reconcile Bank Statement | 0.3 | 0.00 | 0.00 |
| 09/15/2011 | Review File, Prepare and Execute Trustee's Final Report | 1.25 | 0.00 | 0.00 |
| 11/08/2011 | Telephone Conference with Nicolas Satoro Re: Amending Proof of Claim | 0.2 | 0.00 | 0.00 |
| 11/21/2011 | Receipt and Review Amended Proof of Claim No 2 from Nicole Satoro Re: N&R Propertiies LLC, E-file Same | 0.5 | 0.00 | 0.00 |
| 11/21/2011 | Review File, Prepare and Execute Trustee's Amended Final Report | 1.15 | 0.00 | 0.00 |
| 12/28/2011 | Court Appearace Re: Trustee's Amended Final Report | 1 | 0.00 | 0.00 |
| 12/28/2011 | Execute Bank Transfers, Prepare and Execute Trustee's Amended Distribution Report, Submit to U S Trsutee's Office for Approval | 1.25 | 0.00 | 0.00 |
| 12/30/2011 | Prepare and Execute Claim Checks Distribution | 1.15 | 0.00 | 0.00 |

| E-mail | natalelaw@bjnatalelaw.com |
|---|---|

| BALANCE DUE |
|---|
| $0.00 |

# Bernard J Natale, Ltd

**6833 Stalter Drive, Suite 201**
**Rockford, IL 61108**

Phone (815) 964-4700

| DATE |
|---|
| 11/22/2011 |

Thomas & Trudy Jurs
℅ Bernard J Natale, Trustee
Trustee Services

| ACCT NO. | BALANCE DUE |
|---|---|
| 10.165 | $0.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 03/01/2012 | Review File, Prepare and Execute Trustee's Final Account | 1.2 | 0.00 | 0.00 |

| E-mail | natalelaw@bjnatalelaw.com |
|---|---|

| BALANCE DUE |
|---|
| $0.00 |