IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>JURS, THOMAS R<br>JURS, TRUDY A<br>PROPERTIES, REMAX SUPERIOR<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 10-73261 MB<br><br>HONORABLE MANUEL BARBOSA |

## Amended APPLICATION OF TRUSTEE'S COUNSEL OF OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
      FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF
      ILLINOIS, WESTERN DIVISION

BERNARD J. NATALE, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 06/30/10. This Court on 11/10/10 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,719.00 in compensation for 7.30 hours of services performed for the period 11/01/10 through 11/16/11, and reimbursement of actual expenses in the amount of $36.13.

3. A description of the nature of the services rendered by the Applicant is as follows:

   See Exhibit F-1, attached hereto.

4. Attached as Exhibit F-1 is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

5. The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| BERNARD J NATALE | 2.65 | $265.00 | $ 702.25 |
| BERNARD J NATALE | 2.05 | $275.00 | $ 563.75 |
| SCOTT E HILLISON | .20 | $165.00 | $  33.00 |
| SCOTT E HILLISON | 2.40 | $175.00 | $ 420.00 |

EXHIBIT F

6. Attached as Exhibit F-2 is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,719.00 and reimbursement of actual and necessary expenses of $36.13 for legal services rendered in this case.

Dated:  November 21, 2011                RESPECTFULLY SUBMITTED,

                                         By: /S/ **BERNARD J NATALE**

                                         BERNARD J. NATALE, Trustee
                                         BERNARD J NATALE, LTD
                                         6833 STALTER DRIVE
                                         SUITE 201
                                         ROCKFORD, IL 61108
                                         Telephone # (815) 964-4700

EXHIBIT F

# *Bernard J Natale, Ltd*

6833 Stalter Drive, Suite 201
Rockford, IL 61108

Phone (815) 964-4700

| DATE |
|---|
| 11/22/2011 |

Thomas & Trudy Jurs
% Bernard J Natale, Trustee
Attorney Services

| ACCT NO. | BALANCE DUE |
|---|---|
| 10.165 | $1,719.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 10/31/2010 | Balance forward | | | 0.00 |
| 11/01/2010 | Preparation of Notice, Motion to Authorize Employment of Attorneys, (2) Affidavits and Order Re: Same | 1 | 265.00 | 265.00 |
| 11/03/2010 | Correspondence to Toni Spena Re: Collection of Outstanding Account Receivable from Bankruptcy Estate | 0.25 | 66.25 | 331.25 |
| 11/04/2010 | Telephone Conference with Domonic Colucci Re: Debtor's Interest in Probate Estate | 0.3 | 79.50 | 410.75 |
| 11/10/2010 | Court Appearance Re: Motion to Authorize Employment of Attorneys | 0.85 | 225.25 | 636.00 |
| 11/11/2010 | Telephone Conference wtih Ms. Spena Re: No Proof of Judgment and Does Not Owe Money-SEH | 0.2 | 33.00 | 669.00 |
| 11/18/2010 | Correspondence to Dominic Colucci Re: Trustee's Interest in Probate Estate of Mary Spinioloas | 0.25 | 66.25 | 735.25 |
| 01/06/2011 | Receipt and Review Correspondence from Attorney Coppedge Re: Bedford Falls Litigation -SEH | 0.2 | 35.00 | 770.25 |
| 01/06/2011 | Leave Voicemail Message for Attorney Coppedge Re: Bedford Falls Litigation -SEH | 0.1 | 17.50 | 787.75 |
| 01/11/2011 | Preparation Affidavit of Special Counsel, Correspondence to Attorney Michael Coppedge with Enclosed Affidavit -SEH | 0.5 | 87.50 | 875.25 |
| 01/28/2011 | Prepare Notice, Motion to Employ Special Counsel and Order Re: Same - SEH | 1 | 175.00 | 1,050.25 |
| 05/02/2011 | Correspondence to Attorney Olsen Re: Inquiry into Judgment Payments made to Debtors | 0.25 | 68.75 | 1,119.00 |
| 05/02/2011 | Correspondence to Attorney Coppedge Re: Response to April 27th Letter | 0.25 | 68.75 | 1,187.75 |

| E-mail | natalelaw@bjnatalelaw.com | BALANCE DUE |
|---|---|---|
| | | $1,719.00 |

## Bernard J Natale, Ltd

6833 Stalter Drive, Suite 201
Rockford, IL 61108

Phone (815) 964-4700

| DATE |
|---|
| 11/22/2011 |

Thomas & Trudy Jurs
% Bernard J Natale, Trustee
Attorney Services

| ACCT NO. | BALANCE DUE |
|---|---|
| 10.165 | $1,719.00 |

| DATE | DESCRIPTION | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|
| 05/05/2011 | Receipt and Review E-mail Correspondence from Attorney Olsen Re: Payments to Debtors from Ms. Haupers - SEH | 0.15 | 26.25 | 1,214.00 |
| 05/13/2011 | Correspondence to Attorney Coppedge Re: Payments to Debtors Re: Ms. Haupers - SEH | 0.25 | 43.75 | 1,257.75 |
| 05/17/2011 | Receipt and Review Correspondence from Attorney Coppedge Re: Results of Citation to Discover Assets - SEH | 0.2 | 35.00 | 1,292.75 |
| 11/03/2011 | Receipt and Review Correspondence from Attorney Rayberg to Attorney Olsen Re: N & R Properties | 0.2 | 55.00 | 1,347.75 |
| 11/09/2011 | Court Appearance Re: Trustee's Final Report and Continuance of Same | 0.85 | 233.75 | 1,581.50 |
| 11/16/2011 | Court Appearance Re: Continued Hearing on Trustee's Final Report and Withdrawal of Same | 0.5 | 137.50 | 1,719.00 |

| E-mail | natalelaw@bjnatalelaw.com |
|---|---|

| BALANCE DUE |
|---|
| $1,719.00 |

**Bernard J Natale, Ltd**

6833 Stalter Drive, Suite 201
Rockford, IL 61108
Phone (815) 964-4700

**Statement**

DATE
11/22/2011

Thomas & Trudy Jurs
% Bernard J Natale, Trustee
Expenses

| ACCT NO. | AMOUNT DUE |
|---|---|
| 10.165 | $36.13 |

| DATE | DESCRIPTION | NUMBER | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 07/31/2010 | Balance forward | | | | 0.00 |
| 11/01/2010 | Expenses for Copies Re: Motion to Authorize Employment of Attorneys | 29 | 0.30 | 8.70 | 8.70 |
| 11/01/2010 | Expenses for Postage Re: Motion to Authorize Employment of Attorneys | 29 | 0.44 | 12.76 | 21.46 |
| 01/31/2011 | Expenses for Copies Re: Motion to Employ Special Counsel | 19 | 0.30 | 5.70 | 27.16 |
| 01/31/2011 | Expenses for Postage Re: Motion to Employ Special Counsel | 10 | 0.44 | 4.40 | 31.56 |
| 01/31/2011 | Expenses for Postage Re: Motion to Employ Special Counsel | 1 | 0.61 | 0.61 | 32.17 |
| 12/30/2011 | Expenses for Postage Re: Claim Checks Distribution | 9 | 0.44 | 3.96 | 36.13 |

| AMOUNT DUE |
|---|
| $36.13 |