**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE:<br>JURS, THOMAS R<br>JURS, TRUDY A<br>PROPERTIES, REMAX SUPERIOR<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 10-73261 MB<br><br>HONORABLE MANUEL BARBOSA |

**AMENDED APPLICATION OF TRUSTEE'S ACCOUNTANT
(OTHER PROFESSIONAL) FOR COMPENSATION AND\
REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
      FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF
      ILLINOIS, WESTERN DIVISION

Mike Coppedge of Cowlin, Curran & Coppedge , Special Counsel to the Trustee pursuant to 11 U.S.C. §330 and Federal Bankruptcy Rule 2016, submits its application for compensation and reimbursement of expenses and represents to the Court as follows:

1.  An order for relief under Chapter 7 was entered on 06/30/10.  This Court on ■02/07/11  authorized the employment of the Applicant to serve as special counsel for the Trustee.  Special Counsel has received $0.00  in previously awarded compensation and reimbursement of expenses.

2.  Applicant requests $0.00  in compensation for services performed related to the filing requirement of Form 1040 for the Bankruptcy Estate of JURS, THOMAS R, and reimbursement of actual expenses in the amount of $300.00 .

3.  No attorney services were rendered.

4.  Applicant is requesting the reimbursement of $300.00 for actual expenses incurred.

5.  Based on the nature and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of the expenses sought are fair and reasonable.

6.  At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the Estate with respect to matters in which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation in the amount of $0.00 and reimbursement of actual and necessary expenses of $300.00 for attorney services rendered in this case.

**EXHIBIT F-3**

Dated:  October 11, 2011                    RESPECTFULLY SUBMITTED,


                                            By: **/S/ BERNARD J NATALE**

                                                BERNARD J. NATALE, Trustee
                                                BERNARD J NATALE, LTD
                                                6833 STALTER DRIVE
                                                SUITE 201
                                                ROCKFORD, IL  61108
                                                Telephone # (815) 964-4700

**EXHIBIT F-3**

COWLIN, CURRAN & COPPEDGE
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 GRANT STREET
POST OFFICE BOX 188
CRYSTAL LAKE, ILLINOIS 60039-0188
TELEPHONE (815) 459-5300

Mr. Bernard Natale, Trustee
6833 Stalter Dr.
Suite 201
Rockford, IL 61108

August 31, 2011
Civil Litigation
CL - Estate of Jurs v. Haupers

## ITEMIZED STATEMENT

**PREVIOUS BALANCE** $0.00

**DISBURSEMENTS**

**March 2011**

| | | |
|---|---|---:|
| 24 | Filing Fees payable to McHenry County Circuit Clerk, Ck #7207 | $50.00 |

**April 2011**

| | | |
|---|---|---:|
| 18 | Service Fees payable to JP Associates, Ck #7242 | $50.00 |

**May 2011**

| | | |
|---|---|---:|
| 20 | Filing Fees payable to McHenry County Circuit Clerk, Ck #7273 | $50.00 |

**June 2011**

| | | |
|---|---|---:|
| 06 | Service Fees payable to JP Associates, Ck #7295 | $50.00 |

**July 2011**

| | | |
|---|---|---:|
| 05 | Filing Fees payable to McHenry County Circuit Clerk, Ck #7328 | $50.00 |
| 25 | Service Fees payable to JP Associates, Ck #7351 | $50.00 |

**TOTAL DISBURSEMENTS** $300.00

**BALANCE DUE** $300.00

THIS STATEMENT IS DUE AND PAYABLE IN FULL UPON RECEIPT. IF YOU WISH TO CHARGE THIS BALANCE TO YOUR VISA, MASTERCARD, OR DISCOVER PLEASE CALL OUR OFFICE.

MEC/fl
NATABE10001 007