# AMENDED DISTRIBUTION REPORT
## FINAL DISTRIBUTION

**Case Number:** 10-73261                    Page: 1                    **Date:** December 28, 2011
**Debtor Name:** JURS, THOMAS R                                         **Time:** 03:09:20 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $19,092.70 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 36.13 | 0.00 | 36.13 | 36.13 | 19,056.57 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 1,719.00 | 0.00 | 1,719.00 | 1,719.00 | 17,337.57 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,661.74 | 0.00 | 2,661.74 | 2,661.74 | 14,675.83 |
| SPCOUN | MICHAEL COPPEDGE | Admin Ch. 7 | 300.00 | 0.00 | 300.00 | 300.00 | 14,375.83 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 4,716.87 | 0.00 | 4,716.87 | 4,716.87 | |
| 7S | Midwest Bank | Secured | 173,000.00 | 0.00 | 173,000.00 | 0.00 | 14,375.83 |
| | SUBTOTAL FOR | SECURED | 173,000.00 | 0.00 | 173,000.00 | 0.00 | |
| 1 | American Infosource Lp | Unsecured | 3,016.46 | 0.00 | 3,016.46 | 573.36 | 13,802.47 |
| 2 | N&R Propreties, LLC | Unsecured | 19,727.00 | 0.00 | 19,727.00 | 3,749.63 | 10,052.84 |
| 3 | Chase Bank USA, N.A. | Unsecured | 815.07 | 0.00 | 815.07 | 154.93 | 9,897.91 |
| 4 | Von Maub | Unsecured | 193.08 | 0.00 | 193.08 | 36.70 | 9,861.21 |
| 5 | Chase Bank USA,N.A | Unsecured | 1,756.34 | 0.00 | 1,756.34 | 333.84 | 9,527.37 |
| 6 | Midwest Bank | Unsecured | 24,176.29 | 0.00 | 24,176.29 | 4,595.33 | 4,932.04 |
| 7U | Midwest Bank | Unsecured | 3,414.39 | 0.00 | 3,414.39 | 648.99 | 4,283.05 |
| 8 | GE Money Bank | Unsecured | 1,106.81 | 0.00 | 1,106.81 | 210.38 | 4,072.67 |
| 9 | American Express Centurion Bank | Unsecured | 10,287.36 | 0.00 | 10,287.36 | 1,955.38 | 2,117.29 |
| 10 | American Express Bank, FSB | Unsecured | 5,529.97 | 0.00 | 5,529.97 | 1,051.11 | 1,066.18 |
| 11 | American Express Bank, FSB | Unsecured | 1,145.00 | 0.00 | 1,145.00 | 217.64 | 848.54 |
| 12 | Fia Card Services, NA/Bank of America | Unsecured | 4,464.22 | 0.00 | 4,464.22 | 848.54 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 75,631.99 | 0.00 | 75,631.99 | 14,375.83 | |
| << Totals >> | | | 253,348.86 | 0.00 | 253,348.86 | 19,092.70 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 0.000000% |
| **Unsecured** | 19.007605% |